# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KEVIN D. BLACK,<br><br>           Plaintiff,<br><br>vs.<br><br>NEVADA DEPARTMENT OF<br>CORRECTIONS, et al.,<br><br>           Defendants. | 2:09-CV-02343-PMP-LRL<br><br>**ORDER** |

Before the Court for consideration is Defendants' Motion to Dismiss (Doc. #13), filed on October 20, 2010. Notwithstanding Notice from the Court (Doc. #14) of Plaintiff's obligation to file a timely opposition to Defendants' Motion to Dismiss, Plaintiff Black has failed to do so. A review of Defendants' Motion to Dismiss shows that Defendants are entitled to dismissal pursuant Rule 12(b)(6) of the Federal Rules of Civil Procedure based upon Plaintiff's failure to state a plausible claim for relief and for the further reason that Plaintiff has failed to exhaust available administrative remedies.

Additionally, Defendants Skolnik and Neven must be dismissed on the basis of qualified immunity.

**IT IS THEREFORE ORDERED that** Defendants' Motion to Dismiss (Doc. #13) is **GRANTED**.

DATED: November 10, 2010.

_____
PHILIP M. PRO
United States District Judge