UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KEVIN D. BLACK,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NEVADA DEPARTMENT OF<br>CORRECTIONS, et al.,<br><br>　　　　Defendants. | 2:09-cv-02343-PMP-LRL<br><br>**ORDER** |

Having read and considered Plaintiff Kevin Black's Motion for District Judge to Reconsider (Doc. #17) and Defendants' Response in Opposition Thereto (Doc. #18) and finding no good cause presented by Plaintiff Black to warrant reconsideration of this Court's prior Order (Doc. #15),

**IT IS THEREFORE ORDERED** that Plaintiff Black's Motion for District Judge to Reconsider (Doc. #17) is DENIED.

DATED: December 6, 2010

_____
PHILIP M. PRO
United States District Judge